# Exhibit C

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:46 PM 08/24/2012*
*FILED 01:46 PM 08/24/2012*
*SRV 120969385 - 5203748 FILE*

# CERTIFICATE OF FORMATION

## CHRONOS FINANCIAL LLC

<u>FIRST</u>: The name of the limited liability company is CHRONOS FINANCIAL LLC

<u>SECOND</u>: Its Registered Office is to be located at 3500 South Dupont Highway, Dover, Delaware 19901 in the county of Kent. The Registered Agent in charge thereof is W/K Incorporating Services, Inc.

I, THE UNDERSIGNED, for the purpose of forming a limited liability company under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein are true, and I have accordingly hereunto set my hand this 24th day of August 2012.

_Lawrence A. Kirsch_

Lawrence A. Kirsch

Authorized Person on behalf of the LLC