# Exhibit D



PAGE  1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "CHRONOS FINANCIAL LLC", CHANGING ITS NAME FROM "CHRONOS FINANCIAL LLC" TO "ROBINHOOD FINANCIAL LLC", FILED IN THIS OFFICE ON THE TWENTY-EIGHTH DAY OF OCTOBER, A.D. 2013, AT 10:47 O'CLOCK A.M.*

*5203748  8100*

*131239509*

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

*AUTHENTICATION: 0849046*

*DATE: 10-29-13*

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 10:50 AM 10/28/2013*
*FILED 10:47 AM 10/28/2013*
*SRV 131239509 - 5203748 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: Chronos Financial LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

   > FIRST. The name of the limited liability company is Robinhood Financial LLC.

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the 22 day of October, A.D. 2013.

By: _____
Authorized Person(s)

Name: Baiju Bhatt, Manager
Spacetime Holdings LLC
Print or Type