# Exhibit F

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE
COUNTY OF SPOKANE

| | |
|---|---|
| ISAAC GORDON, an individual, and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, a Delaware limited liability company, and subsidiary of ROBINHOOD MARKETS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 19-2-04574-32<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Robinhood Financial LLC and Robinhood Markets, Inc., hereby give notice that on November 13, 2019, they filed a Notice of Removal in the above-captioned case in the United States District Court for the Eastern District of Washington. *See* Exhibit A. The filing of this Notice "shall effect the removal and the State court shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

NOTICE OF FILING OF NOTICE OF REMOVAL - 1
Page 53 of 55

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  DATED this 13th day of November, 2019.

2                                       Davis Wright Tremaine LLP
                                     Attorneys for Defendants

By _____
       Kenneth E. Payson, WSBA #26369
       Benjamin J. Robbins, WSBA #53376
       920 Fifth Avenue, Suite 3300
       Seattle, WA  98104-1610
       Telephone: (206) 622-3150
       Fax: (206) 757-7700
       E-mail: KennethPayson@dwt.com
       E-mail: BenRobbins@dwt.com

NOTICE OF FILING OF NOTICE OF REMOVAL - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206 622 3150 main · 206 757 7700 fax

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, I caused the foregoing document to be served on the following attorneys of record via U.S. Mail:

Kirk D. Miller
KIRK D. MILLER, P.S.
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Telephone: (509) 413-1494
kmiller@millerlawspokane.com

Attorney for Plaintiff

Brian G. Cameron
Shayne J. Sutherland
CAMERON SUTHERLAND, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Telephone: (509) 315-4507
bcameron@cameronsutherland.com
ssutherland@cameronsutherland.com

Attorneys for Plaintiff

DATED this 13th day of November, 2019.

Davis Wright Tremaine LLP
Attorneys for Defendants

By _____
Kenneth E. Payson, WSBA #26369

NOTICE OF FILING OF NOTICE OF REMOVAL - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax