1
2
3
4
5
6

KIRK D. MILLER, WSBA #40025
Kirk D. Miller, PS
421 W. Riverside Avenue, Ste. 660
Spokane, WA  99201
(509) 413-1494 Telephone
(509) 413-1724 Facsimile
kmiller@millerlawspokane.com
*Attorney for Plaintiff*

7
8
9
10
11
12

BRIAN G. CAMERON, WSBA #44905
SHAYNE J. SUTHERLAND, WSBA #44593
Cameron Sutherland, PLLC
421 W. Riverside Avenue, Ste. 660
Spokane, WA  99201
(509) 315-4507 Telephone
(509) 315 4585 Facsimile
bcameron@cameronsutherland.com
*Attorney for Plaintiff*

13
14

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

15
16
17
18
19
20
21
22
23

| | |
|---|---|
| ISAAC GORDON, an individual, and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company and subsidiary of ROBINHOOD MARKETS, INC., a Delaware corporation,<br><br>Defendants. | Case No.  2:19-cv-00390-TOR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROBINHOOD MARKETS, INC.** |

24
25

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT ROBINHOOD MARKETS, INC. - 1

COMES NOW the Plaintiff, ISAAC GORDON, by and through his attorneys of record, Kirk Miller of *Kirk D. Miller, PS*, and Brian G. Cameron and Shayne J. Sutherland of *Cameron Sutherland, PLLC*, and pursuant to FRCP 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice dismissing all claims against Defendant Robinhood Markets, Inc., without prejudice and without costs or fees to either party.

Nothing in this Notice pertains to the Plaintiff's ongoing action against Defendant Robinhood Financial, LLC.


DATED this 30th day of January 2020.


KIRK D. MILLER, PS


*s/ Kirk D. Miller*
Kirk D. Miller, WSBA #40025
Attorney for Plaintiff


CAMERON SUTHERLAND, PLLC


*s/ Brian G. Cameron*
Brian G. Cameron, WSBA #44905
Shayne Sutherland, WSBA #44593
Attorneys for Plaintiff


NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT ROBINHOOD MARKETS, INC. - 2

## **CM/ECF CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused an electronic copy of the foregoing document to be filed with the clerk of the court via CM/ECF system which will then send notification of such filing(s) to.

I affirm under penalty and perjury under the laws of the State of Washington and of the United States, that the foregoing is true and correct.

KennethPayson@dwt.com                    Attorney for Defendants

LaurenRainwater@dwt.com                  Attorney for Defendants

Dated this 30th day of January 2020.

/s/Teri A. Bracken_____
Paralegal

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT ROBINHOOD MARKETS, INC. - 3