# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ISAAC GORDON, individually and on behalf of all those similarly situated, ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> ROBINHOOD FINANCIAL LLC, a Delaware limited liability company, ) <br> *Defendant* | Civil Action No. 2:19-CV-0390-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Robinhood Markets is awarded attonreys' fees in the amount of $7,965.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Defendant Robinhood Markets' Motion for Reconsideration and Fee Request and Substantiation. ECF Nos. 20 & 22.

Date: April 1, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen