Kirk D. Miller, WSBA #40025
KIRK D. MILLER, P.S.
421 W. Riverside Avenue, Ste. 660
Spokane, WA  99201
(509) 413-1494 Telephone
kmiller@millerlawspokane.com
*Attorney for Plaintiff*

Brian G. Cameron, WSBA #44905
CAMERON SUTHERLAND, PLLC
421 W. Riverside Avenue, Ste. 660
Spokane, WA 99201
(509) 315-4507 Telephone
bcameron@cameronsutherland.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ISAAC GORDON, an individual, and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:19-cv-0390 TOR<br><br>**JOINT STATUS REPORT PURSUANT TO ORDER GRANTING, IN PART, THE PARTIES' STIPULATED MOTION (ECF NO. 53)** |

The parties, by and through their respective counsel of record, submit this Joint Status Report pursuant to the Court's Order Granting, in Part, the Parties' Stipulated Motion, dated September 14, 2020 (ECF No. 53), and state as follows:

JOINT STATUS REPORT PURSUANT TO
ORDER (ECF NO. 53)- 1

4837-3022-7404v.4 0114672-000001

1   Plaintiff states that on or about September 14, 2020, he sent to Robinhood
2   Markets, Inc., via Certified Mail-Return Receipt Requested, a check in the amount
3   of $7,974.43 as payment in full satisfaction of the judgment entered against
4   Plaintiff in favor of Robinhood Markets.
5   Plaintiff's counsel states that on or about September 18, 2020, they received
6   the Return Receipt from USPS, indicating the check was received by Robinhood
7   Markets on September 17, 2020.
8   As of the time of filing this Joint Status Report, Robinhood Markets states
9   that it has sought but not received confirmation that Plaintiff's check has cleared
10  and that the funds have been deposited in Robinhood Markets' bank account.
11  But based on Plaintiff's counsel's assurances that they have confirmed with
12  Mr. Gordon that sufficient funds to cover the amount of the check are, and will
13  remain, in the checking account on which he drew the judgment-payment check,
14  Robinhood Markets joins Plaintiff in requesting that the Court strike the hearing
15  scheduled for September 25, 2020, at 10:00 a.m., without prejudice to Robinhood
16  Markets' ability to request that the Court reset dates for the Debtor's Examination
17  and for Mr. Gordon to produce financial documents if the check he provided fails
18  to clear Robinhood Markets' bank account, in which case Mr. Gordon agrees not to
19  oppose such request.
20
21  JOINT STATUS REPORT PURSUANT TO
    ORDER (ECF NO. 53)- 2
    4837-3022-7404v.4 0114672-000001

1    DATED this 24th day of September, 2020.

2  KIRK D. MILLER, P.S.                          DAVIS WRIGHT TREMAINE, LLP
   s/ *Kirk D. Miller*                           s/ *Kenneth E. Payson*
3  Kirk D. Miller, WSBA #40025                   Kenneth E. Payson, WSBA #26369
   Attorney for Plaintiff                        Lauren B. Rainwater, WSBA #43625
4                                                Attorneys for Robinhood Markets, Inc.

   CAMERON SUTHERLAND, PLLC
5  s/ *Brian G. Cameron*
   Brian G. Cameron, WSBA #44905
6  Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21 JOINT STATUS REPORT PURSUANT TO
   ORDER (ECF NO. 53)- 3
   4837-3022-7404v.4 0114672-000001

**CM/ECF Certificate of Service**

I hereby certify that on the 24th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of filing to the following:

| | |
|---|---|
| KennethPayson@dwt.com<br>Kenneth E. Payson | Attorney for Defendant |
| LaurenRainwater@dwt.com<br>Lauren Rainwater | Attorney for Defendant |
| bcameron@cameronsutherland.com<br>Brian G. Cameron | Attorney for Plaintiff |
| kmiller@millerlawspokane.com<br>Kirk D. Miller | Attorney for Plaintiff |

s/ *Teri A. Bracken*
Paralegal

JOINT STATUS REPORT PURSUANT TO ORDER (ECF NO. 53)- 4
4837-3022-7404v.4 0114672-000001