Kenneth E. Payson, WSBA #26369
Lauren B. Rainwater, WSBA #43625
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

The Honorable Thomas O. Rice

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISAAC GORDON, an individual, and all those similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No.: 2:19-cv-0390 TOR<br><br>**SATISFACTION OF JUDGMENT** |

　　Robinhood Markets, Inc. ("Robinhood Markets") acknowledges full satisfaction of the judgment it obtained against Plaintiff Isaac Gordon on April 1, 2020, for attorney's fees [Dkt. 30].

　　The clerk of the above-entitled Court is hereby authorized and requested to enter full satisfaction of the judgment on the docket.

SATISFACTION OF JUDGMENT- 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4833-9548-4877v.2 0114672-000001

1     Dated this 6th day of October, 2020.

                    Davis Wright Tremaine LLP
                    Attorneys for Robinhood Markets, Inc.

                    *s/ Kenneth E. Payson*
                    Kenneth E. Payson, WSBA #26369
                    Lauren B. Rainwater, WSBA #43625
                    920 Fifth Avenue, Suite 3300
                    Seattle, WA  98104-1610
                    Telephone: (206) 622-3150
                    Fax: (206) 757-7700
                    E-mail: KennethPayson@dwt.com
                                LaurenRainwater@dwt.com

SATISFACTION OF JUDGMENT- 2

4833-9548-4877v.2 0114672-000001

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 6th day of October, 2020.

                                Davis Wright Tremaine LLP
                                Attorneys for Robinhood Markets, Inc.

                                *s/ Kenneth E. Payson*
                                Kenneth E. Payson, WSBA #26369

SATISFACTION OF JUDGMENT- 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4833-9548-4877v.2 0114672-000001